U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 5 2006

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEFFREY SMITH<br>FED. REG. NO. 42222-083 | CIVIL ACTION NO. 05-1535-A<br>SECTION P |
| VS. | JUDGE DRELL |
| FREDERICK MENIFEE, WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24th day of May, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE